**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Morad Haghani Manesh Khoda,** | ) | NO. **CV 14-07106 SJO (AJWx)** |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **BY LACK OF PROSECUTION** |
| **United States Department of Homeland Security et al** | ) | |
| Defendant(s). | ) | |

On 12/17/2014, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of the Proof of service of summons and complaint as an appropriate response to this Order to Show Cause, on or before January 11, 2015. To date, Plaintiff has not responded to the Order to Show Cause. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

Dated: January 14, 2015.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE